O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MICHAEL SCOTT, ) | Case No. EDCV 12-01533-MMM (OP) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 23, 2013

_____
HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge